**STATE of Missouri, Plaintiff/Respondent,**

v.

**Boaz RAFAELI, Defendant/Appellant.**

**No. 70777.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 17, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1997.

Application to Transfer Denied
Sept. 30, 1997.

David A. Bruns, Sp. Asst. Public Defender, St. Louis, for defendant/appellant.

John P. Quarengh, Asst. Pros. Atty., St. Louis County, Clayton, for plaintiff/respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction and sentence after a jury-waived trial on one count of harassment in violation of § 560.090.1(1)

---

**3.** The UPA became effective in 1987.

RSMo 1994. He was sentenced to a term of six months in the St. Louis County jail.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).